UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENRY LEE YOUNG,

          Plaintiff,

     v.

E. VALENZUELA,

          Defendant.

Case No.  22-cv-02350-WHO

**ORDER OF DISMISSAL**

     Plaintiff Kenry Lee Young's complaint was dismissed with leave to amend.  (Dkt. No. 4.)  When Young failed timely to file an amended complaint, the Court *sua sponte* granted an extension but cautioned that failure to meet the extended deadline would result in dismissal of this action.  (Dkt. No. 6.)  There was no response to the extension Order.

     Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Order and for failing to prosecute.  *See* Federal Rule of Civil Procedure 41(b).

     Because this dismissal is without prejudice, plaintiff may move to reopen.  Any such motion <u>must</u> contain an amended complaint (on this Court's form) that complies in all respects with the order dismissing the original complaint with leave to amend.  The words MOTION TO REOPEN must appear on the first page.

     The Clerk shall enter judgment in favor of defendant, and close the file.

     **IT IS SO ORDERED.**

**Dated:**  November 17, 2022

WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California